BOWMAN AND BROOKE LLP
Richard L. Stuhlbarg (SBN 180631)
richard.stuhlbarg@bowmanandbrooke.com
Michael Chung (SBN 243204)
michael.chung@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, CA 90502
Tel: 310.768.3068
Fax: 310.719.1019

Attorneys for Defendant,
FCA US LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIELLE CORTEZ, an individual; DAVID SPALLIERO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-06197 MWF (FFMx) <br><br> Assigned to Hon. Michael W. Fitzgerald___ <br><br> **ORDER ON STIPULATION TO DISMISS** <br><br> Trial Date: None |

## **ORDER**

Pursuant to the Parties' Stipulation to Dismiss, this matter is hereby dismissed with prejudice.

Each side to be responsible for and bear its own costs, expenses, and attorney's fees.

Dated: November 14, 2019

_____
Michael W. Fitzgerald
United States District Judge